# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

GERARDO MEJIA,                    )
                                  )
                Plaintiff,        )
                                  )
v.                                )          Case No. CIV-13-1367-R
                                  )
GARFIELD COUNTY JAIL ,et al.,     )
                                  )
                Defendants.       )

## ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Suzanne Mitchell for preliminary review. On February 10, 2014, Judge Mitchell recommended that Plaintiff's complaint be dismissed without prejudice as a result of Plaintiff's failure to advise the court of an apparent change of address. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and Plaintiff's Complaint is dismissed without prejudice.

IT IS SO ORDERED this 17th day of March, 2014.


DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE